No. 2023-1270

# United States Court of Appeals for the Federal Circuit

―――――――――――

3G LICENSING, S.A.,

        *Appellant,*

v.

HONEYWELL INTERNATIONAL, INC, SIERRA WIRELESS, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., THALES DIS AIS DEUTSCHLAND GMBH**,**

        *Appellee.*

―――――――――――

On Appeal from the USPTO Patent Trial and Appeal Board
in *Inter Partes* Review No. IPR2021-00640

―――――――――――

**APPELLANT 3G LICENSING, S.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

―――――――――――

        Timothy Devlin
        tdevlin@devlinlawfirm.com
        DEVLIN LAW FIRM LLC
        1526 Gilpin Avenue
        Wilmington, DE 19806
        (302) 449-9010

        *Attorney for Appellant*
        *3G Licensing, S.A.*

March 1, 2023

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant 3G Licensing, S.A. ("3G") respectfully moves for a sixty (60) day extension of time to file its principal brief. That brief is currently due on March 21, 2023. If this motion were granted, that brief would be due on May 20, 2023. 3G has not previously requested or received an extension of time in this appeal.

Good cause supports 3G's request. Counsel assisting with 3G's principal brief had, or will have, numerous personal and professional conflicts during the original and requested extended period for preparing that brief, including, for example, (i) periods of parental leave; (ii) briefing deadlines in Federal Circuit Appeal Nos. 2023-1270, 2023-1136, and 2023-1059; and (iii) claim-construction proceedings or trial in the following district court cases: *Mitsubishi Electric Co. and Sisvel International S.A. v. TCL Communication Technology Holdings Ltd., et. al.* No. 8:22-cv-1073-GW-DFM (C.D. Cal.); *Charles Smith v. Catapult Sports/DVSport* No. 1:21-cv-01279-CFC (D. Del.); *XMO v. GoDaddy* No. 1:19-cv-01937-MFK (D. Del.); and *Implicit v. Lowe's* No. 4:21-CV-962-ALM (E.D. Tex.). Accordingly, the requested sixty (60) day extension is needed for, and will allow, 3G to fully prepare its principal brief.

Counsel for Appellees have stated that there is no opposition to 3G's requested extension and, thus, no response to this motion will be filed.

For the foregoing reasons, 3G respectfully requests that the Court extend the deadline for filing 3G's principal brief by sixty (60) days to May 20, 2023.

<table>
<tr><td>March 1, 2023</td><td>Respectfully submitted,<br><br>/s/ Timothy Devlin<br>Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(602) 449-9010<br><br>*Attorney for Appellant*<br>*3G Licensing, S.A.*</td></tr>
</table>

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared in a proportionally spaced typeface in 14-point font and includes 246 words, excluding the parts exempted under those Rules.

*/s/ Timothy Devlin*
Timothy Devlin

*Attorney for Appellant*
*3G Licensing, S.A.*

No. 2023-1270

# United States Court of Appeals for the Federal Circuit

———————————

3G LICENSING, S.A.,

          *Appellant,*

v.

HONEYWELL INTERNATIONAL, INC, SIERRA WIRELESS, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., THALES DIS AIS DEUTSCHLAND GMBH**,**

          *Appellee.*

———————————

On Appeal from the USPTO Patent Trial and Appeal Board in *Inter Partes* Review No. IPR2021-00640

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF APPELLANT 3G LICENSING, S.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

          Timothy Devlin
          tdevlin@devlinlawfirm.com
          DEVLIN LAW FIRM LLC
          1526 Gilpin Avenue
          Wilmington, DE 19806
          (602) 449-9010
          *Attorney for Appellant*
          *3G Licensing, S.A.*

March 1, 2023

I, Timothy Devlin, declare as follows:

1. I am a partner with Devlin Law Firm LLC and, as principal counsel for Appellant 3G Licensing, S.A.'s ("3G") in the above-captioned appeal, I am an attorney responsible for supervising and preparing 3G's principal brief.

2. I submit this declaration in support of 3G's unopposed motion for a 60-day extension of time for filing its principal brief (the "Motion").

3. The Motion is made in good faith and not for the purpose of delay or other procedural advantage, and all of the facts set forth in the Motion are, to the best of my knowledge, true and correct based either on my personal knowledge or on discussions I have had with other attorneys working on this appeal.

4. Good cause supports the 60-day extension requested in the Motion. Counsel assisting with 3G's principal brief had, or will have, numerous personal and professional conflicts during the original and requested extended period for preparing that brief, including, for example, (i) periods of parental leave; (ii) briefing deadlines in Federal Circuit Appeal Nos. 2023-1270, 2023-1136, and 2023-1059; and (iii) claim-construction proceedings or trial in the following district court cases: *Mitsubishi Electric Co. and Sisvel International S.A. v. TCL Communication Technology Holdings Ltd., et. al.* No. 8:22-cv-1073-GW-DFM (C.D. Cal.); *Charles Smith v. Catapult Sports/DVSport* No. 1:21-cv-01279-CFC (D. Del.); *XMO v. GoDaddy* No. 1:19-cv-01937-MFK (D. Del.); and *Implicit v. Lowe's* No. 4:21-CV-

962-ALM (E.D. Tex.). Accordingly, the 60-day extension requested in the Motion is needed to provide sufficient time to fully prepare 3G's principal brief.

5.Counsel for Appellee indicated that Appellee does not oppose the 60-day requested extension.

6.This is 3G's first request for additional time to file a brief in this appeal.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

March 1, 2023

*/s/ Timothy Devlin*
Timothy Devlin
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(602) 449-9010

*Attorney for Appellant*
*3G Licensing, S.A.*