

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 14, 2023

2023-1270 - 3G Licensing, S.A. v. Honeywell International Inc.

# NOTICE OF NON-COMPLIANCE

The document (Response Brief) submitted by TCT Mobile International Limited, TCT Mobile (US) Inc., TCL Communication Technology Holdings Limited, TCT Mobile (US) Holdings, Inc., Telit Cinterion Deutschland GmbH, Honeywell International Inc., Sierra Wireless, Inc., and TCT Mobile, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The brief does not contain one or more exemplary patent claims illustrative of the issue(s) on appeal on the inside front cover (or immediately following the front cover if the language requires more space). Fed. Cir. R. 32(a)(3).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Clerk of Court
By: A. Kleydman, Deputy Clerk